# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# WICHITA DIVISION

| | |
|---|---|
| PAN GAS STORAGE LLC D/B/A SOUTHWEST GAS STORAGE COMPANY, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.<br>) |
| MERL D. REXFORD and MARILYN J. REXFORD; 2.30 ACRES OF REAL ESTATE IN MEADE COUNTY, KANSAS; and UNKNOWN OWNERS, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Comes now the Plaintiff, Pan Gas Storage LLC d/b/a Southwest Gas Storage Company ("Pan Gas"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its disclosure statement as follows: Pan Gas is not a corporation, and no parent corporation or publicly held corporation owns 10% or more of Pan Gas stock.

HINKLE LAW FIRM LLC

By /s/ David M. Rapp
David M. Rapp, KS SC #08802
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone:  (316) 267-2000
Facsimile:  (316) 630-8466
E-mail:  drapp@hinklaw.com
*Attorneys for Plaintiff*