UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| PAN GAS STORAGE LLC D/B/A SOUTHWEST GAS STORAGE COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | CAUSE NO. 6-22-cv-01173-TC-ADM |
| v. | ) ) ) | |
| MERL D. REXFORD and MARILYN J. REXFORD; ALPINE ENERGY, LP; FOWLER STATE BANK N/K/A INTEGRITY BANK; 2.30 ACRES OF REAL ESTATE IN MEADE COUNTY, KANSAS; TWO 30-FOOT WIDE STRIPS OF LAND ON THE WEST SIDE OF THE NW1/4 OF SECTION 10, TOWNSHIP 31 SOUTH, RANGE 28 WEST IN MEADE COUNTY, KANSAS; and UNKNOWN OWNERS, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### PAN GAS' MOTION FOR PARTIAL SUMMARY JUDGMENT CONFIRMING ITS AUTHORITY TO CONDEMN THE SUBJECT EASEMENT PURSUANT TO 15 U.S.C. § 717f(h)

Comes now Plaintiff, Pan Gas Storage LLC d/b/a Southwest Gas Storage Company ("Pan Gas"), by counsel, and pursuant to Fed. R. Civ. P. 56 and D. Kan. Rule 56.1, moves the Court for entry of partial summary judgment in its favor, and against all remaining named Defendants, as follows:

    1.    Confirming, as a matter of law, Pan Gas' authority to acquire the Easement rights described in paragraphs 37(a) – 37(j) of its Second Amended Complaint [ECF 20] (and in the proposed form of easement attached thereto as ECF 20-2), by eminent domain pursuant to 15 U.S.C. § 717f(h);

  2.  Directing Pan Gas and Defendants Merl D. Rexford and Marilyn J. Rexford to proceed to Phase II of this proceeding: the determination of just compensation; and

  3.  Granting Pan Gas all other appropriate relief.

In support of this Motion, and as required by Fed. R. Civ. P. 56, D. Kan. Rule 7.1(a), and D. Kan. Rule 56.1(a), Pan Gas is tendering herewith, and incorporates herein in their entirety, the following:

  1.  Pan Gas' Brief in Support of Its Motion for Partial Summary Judgment Confirming Its Authority to Condemn the Subject Easement Pursuant to 15 U.S.C. § 717f(h); and

  2.  Pan Gas' Designation and Appendix of Evidence in Support of Its Motion for Partial Summary Judgment Confirming Its Authority to Condemn the Subject Easement Pursuant to 15 U.S.C. § 717f(h), and all exhibits thereto.

Respectfully Submitted,

LEWIS WAGNER, LLP

*/s/ Ryan J. Vershay*
RYAN J. VERSHAY, Indiana Bar #28109-71
(Admitted *Pro Hac Vice*)
LEWIS WAGNER, LLP
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: (317) 237-0500
Facsimile: (317) 630-2790
Email: rvershay@lewiswagner.com
**Attorney for Plaintiff**
*Admitted Pro Hac Vice*

2

Case 6:22-cv-01173-TC-ADM   Document 40   Filed 04/10/23   Page 3 of 3

HINKLE LAW FIRM LLC

*/s/ David M. Rapp*
David M. Rapp, KS SC #08802
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206
Telephone : (316) 267-2000
Facsimile : (316) 630-8466
Email : drapp@hinklaw.com
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record, and by U.S. mail to the following:

Alpine Energy, LP
c/o CT Corporation System, Registered Agent
1999 Bryan St., Suite 900
Dallas, TX 75201

Fowler State Bank n/k/a Integrity Bank
c/o Michael D. Miller, Registered Agent
401 Main Street
Fowler, KS 67844

*/s/ David M. Rapp*
DAVID M. RAPP